IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK GUENTANGUE,** | : | |
| **A 97-523-801,** | | |
| | : | |
| Petitioner, | | |
| | : | |
| vs. | | CA 2:06-0526-KD-C |
| | : | |
| **W. W. BATEMAN, et al.,** | | |
| | : | |
| Respondents. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendations to which objection is made, the recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 19, 2006 (doc. 12) and dated October 27, 2006 (doc. 16), are **ADOPTED** as the opinion of this Court.

**DONE** this the 17th day of November, 2006.

                                                          **s / Kristi K. DuBose**
                                                        **KRISTI K. DuBOSE**
                                                        **UNITED STATES DISTRICT JUDGE**